# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | | |
|---|---|---|
| PHILLIP LITTLER | ) | |
|     Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:16–cv–00472–JMS–DLP |
| | ) | |
| CHRISTOPER MARTINEZ, et al. | ) | |
|     Defendant(s) | ) | |

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Redact this transcript, after which the parties have twenty–one (21) calendar days from the filing of the transcript to file the Redaction Statement. A Redaction Statement must include the page and line of the transcript where the redaction is being requested. If neither a Notice of Intent to Redact nor a Redaction Statement is filed, the unredacted transcript will be made electronically available to the public after ninety (90) calendar days.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the Clerk's Office public terminal.

DATE: <u>January 23, 2019</u>             <u>s/ Jean Knepley</u>
                                                             Court Reporter

## Certificate of Service

I hereby certify that on the date noted above a copy of the foregoing Notice of Filing Official Transcript was served on the parties in this matter by operation of the Court's CM/ECF electronic filing system as to all registered attorneys, and/or I mailed the document to non–registered participants by first–class U.S. Mail, postage prepaid.

                                                             <u>s/ Jean Knepley</u>
                                                             Court Reporter