UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| PHILLIP LITTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00472-JMS-DLP |
| | ) | |
| CHRISTOPER MARTINEZ, | ) | |
| BLAKE SCARBROUGH, | ) | |
| ISRAEL BREWER, | ) | |
| JUSTIN SHROYER, | ) | |
| MARK SHROYER, | ) | |
| RYAN BOTTOMS, | ) | |
| SKYLE THACKER, | ) | |
| KIRBY MCKEE, | ) | |
| DAVID SMITH, | ) | |
| DENVER SMITH, | ) | |
| P. HAGEMEIER Nurse, | ) | |
| FRANK LITTLEJOHN Assistant Superintendent, | ) | |
| RICHARD BROWN Superintendent, | ) | |
| CORIZON, | ) | |
| RUSSELL Major, | ) | |
| PIRTLE Captain, | ) | |
| YARBER Lieutenant, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MINUTE ENTRY FOR MARCH 13, 2019
SETTLEMENT CONFERENCE
HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference on March 13, 2019.

This matter is **CONTINUED** to **May 17, 2019** at **8:30 a.m. (Eastern)** in Room 255, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana for

Defendants Christopher Martinez, Blake Scarbrough, Israel Brewer, Justin Shroyer, Mark Shroyer, Ryan Bottoms, Skyle Thacker, Kirby McKee, David Smith, Denver Smith, Assistant Superintendent Frank Littlejohn, Superintendent Richard Brown, Major Russell, Captain Pirtle and Lieutenant Yarber.

A settlement has been reached in this action as to Nurse P. Hagemeier and Corizon only. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED** as to Nurse P. Hagemeier and Corizon only.

Within forty-five (45) days of the date of this entry, the Defendants, Nurse P. Hagemeier and Corizon, shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the settlement documents may be granted for good cause shown, if requested in writing before expiration of this period.

So ORDERED.

Date: 3/15/2019

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

PHILLIP LITTLER
121098
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only