IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| PHILLIP LITTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00472-JMS-DLP |
| | ) | |
| CHRISTOPHER MARTINEZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF GAVIN M. ROSE**

**COMES NOW** Gavin M. Rose, being first duly sworn upon his oath, and states as follows:

1. I am currently the Senior Staff Attorney for the ACLU of Indiana. I have been employed as an attorney for the ACLU of Indiana since August of 2006. From August of 2006 through August of 2007, I also served as Director of the Disabilities Rights Project of the ACLU of Indiana pursuant to a grant. And from August of 2007 through December of 2009, I also served as the Legislative Director of the ACLU of Indiana.

2. I graduated, with honors, from Indiana University Maurer School of Law – Bloomington in 2006. I also graduated with honors from the University of California, Davis.

3. I was admitted to the Indiana Bar in October of 2006. I am admitted to practice before the Indiana Supreme Court, the United States District Court for the Southern District of Indiana, the United States District Court for the Northern District of Indiana, the Seventh Circuit Court of Appeals, and the United States Supreme Court.

1

4. I have litigated numerous cases in both state and federal court. A sampling of these cases follows (I have omitted all cases where I did not serve as lead counsel):

<u>United States Court of Appeals for the Seventh Circuit</u> – *Freedom From Religion Found., Inc. v. Concord Cmty. Schs.*, 885 F.3d 1038 (7th Cir. 2018); *Rebirth Christian Academy Daycare, Inc. v. Brizzi*, 835 F.3d 742 (7th Cir. 2016); *United States v. Bowser*, 834 F.3d 780 (7th Cir. 2016); *Steimel v. Wernert*, 823 F.3d 902 (7th Cir. 2016); *Riker v. Lemmon*, 798 F.3d 546 (7th Cir. 2015); *Cabral v. City of Evansville*, 759 F.3d 639 (7th Cir. 2014); *Wirtz v. City of South Bend*, 669 F.3d 860 (7th Cir. 2012); *Olson v. Brown*, 594 F.3d 577 (7th Cir. 2010), *cert. denied*; *Bailey v. Roob*, 567 F.3d 930 (7th Cir. 2009)

<u>United States District Court</u> – *Harnishfeger v. United States*, 2018 WL 1532691 (S.D. Ind. Mar. 29, 2018), *appeal pending*; *Lopez-Aguilar v. Marion Cty. Sheriff's Dep't*, 2018 WL 306722 (S.D. Ind. Jan. 5, 2018), *appeal pending*; *Hope v. Commissioner*, 2017 WL 1301569 (S.D. Ind. Apr. 6, 2017) (preliminary injunction); *Citizens Action Coalition of Ind., Inc. v. Town of Yorktown*, 58 F. Supp. 3d 899 (S.D. Ind. 2014); *Stanton v. Fort Wayne-Allen Cty. Airport AUth.*, 834 F. Supp. 2d 865 (N.D. Ind. 2011); *B.N. ex rel. A.N. v. Murphy*, 2011 WL 5838976 (N.D. Ind. Nov. 16, 2011); *McPherson v. Donahue*, 2008 WL 2518268 (S.D. Ind. June 19, 2008)

<u>Indiana Appellate Courts</u> – *Perdue v. Gargano*, 964 N.E.2d 825 (Ind. 2012); *Murphy v. Terrell*, 938 N.E.2d 823 (Ind. Ct. App. 2010), *trans. denied*; *Murphy v. Curtis*, 930 N.E.2d 1228 (Ind. Ct. App. 2010), *trans. denied*; *Thomas v. Murphy*, 918 N.E.2d 656 (Ind. Ct. App. 2009), *trans. denied*

5. Nearly all of the cases I handle are civil rights cases. I am aware of hourly rates normally charged by attorneys in these types of cases.

6. As is shown by my attached time sheet, I spent 34.79 hours preparing for, participating in, and otherwise litigating the two show-cause hearings that have been conducted in this cause. Of those 34.79 hours, some of my time pertained solely to the hearings as they related to either the State Defendants or the Medical Defendants; for time that was discretely identifiable as pertaining to only one set of defendants, I made a contemporaneous note as to which set of defendants the time was applicable (using the parenthetical "state" or "med"). Other time expended in preparation for or attending the show-cause hearings was not discretely identifiable as pertaining to either the State

2

Defendants or the Medical Defendants. I computed this time as follows:

- I began preparing for the show-cause hearings prior to November 28, 2018. At that time, I was preparing for a single show-cause hearing pertaining to two witnesses and two attorneys. Therefore, I allocated half of the time expended on or before November 28th to the Medical Defendants and half of the time expended to the State Defendants.

- On November 28, 2018, the Medical Defendants moved to continue the show-cause hearing as it pertained to Nurse Hagemeier alone (Dkt. 218); that motion was granted on November 30, 2018 (Dkt. 221). Therefore, from November 29th through the end of the first show-cause hearing (on December 17, 2018), I was preparing for a show-cause hearing pertaining to a single State witness and two attorneys. Accordingly, I allocated one-third of the time expended during this time period to the Medical Defendants and two-thirds to the State Defendants.

- The second show-cause hearing (on January 8, 2019) pertained only to Nurse Hagemeier. Therefore, I allocated all of the time expended after the first show-cause hearing to the Medical Defendants.

I have noted these various "allocations" as a multiplier in my attached time sheet, and computed the time properly assessed against the Medical Defendants accordingly.

7. The total hours expended in the attached time sheet represent a conservative figure, as there are some activities I undertook for which I did not record my time because of the brevity of the activities or as a result of my own billing judgment. This time was reasonable and necessary for the prosecution of the issues presented by the Court's show-cause orders. I recorded my time contemporaneously and the entries on the attached time sheet accurately reflect the time incurred on the dates specified.

8. My hourly rate is currently $425.00, and has been since January 1, 2018. I am familiar with the rates that civil rights attorneys charge in the Indianapolis area, and I believe that $425.00 an hour is a reasonable rate for my services; this is the rate I charge in all my cases not involving prisoners, and the State of Indiana has recently used this rate in negotiating at least one settlement agreement that included a fee award. In 2012, Judge Miller of the U.S. District Court for the Northern District of Indiana determined that a rate of $275.00

an hour (for work undertaken in 2011) represented a reasonable rate for me. *See Wirtz v. City of South Bend*, No. 3:11-CV-325-RLM-CAN, 2012 WL 589454, at *2 (N.D. Ind. Feb. 17, 2012).

## VERIFICATION

I hereby verify, under penalties for perjury, that the foregoing statements are true and correct to the best of my information and belief.

Dated: 3-15-2019

_____
Gavin M. Rose, Atty. No. 26565-53

ACLU OF INDIANA
1031 E. Washington St.
Indianapolis, IN 46202

| Date | Description | Hours | Rate | Total | | |
|---|---|---|---|---|---|---|
| 9/28/2018 | rvw show cause materials & research (state) | 2.52 | $425.00 | $1,069.58 | 0 | 0 |
| 10/1/2018 | rvw show cause responses & research (med) | 1.27 | $425.00 | $538.33 | 1 | 538.33 |
| 10/3/2018 | rvw ct ord (med) | 0.22 | $425.00 | $92.08 | 1 | 92.08 |
| 11/27/2018 | prep - show cause hrg | 2.23 | $425.00 | $949.17 | 0.5 | 474.58 |
| 11/28/2018 | research & prep show cause hrg | 2.65 | $425.00 | $1,126.25 | 0.5 | 563.12 |
| 12/6/2018 | pc - med attys | 0.32 | $425.00 | $134.58 | 1 | 134.58 |
| 12/7/2018 | pc - nagy | 0.45 | $425.00 | $191.25 | 0 | |
| 12/12/2018 | prep - show cause hrg & conv kjf | 4.32 | $425.00 | $1,834.58 | 0.33 | 611.53 |
| 12/15/2018 | prep - show cause | 1.48 | $425.00 | $630.42 | 0.33 | 210.14 |
| 12/16/2018 | prep - show cause | 0.98 | $425.00 | $417.92 | 0.33 | 139.31 |
| 12/17/2018 | travel & show cause hrg | 5.15 | $425.00 | $2,188.75 | 0.33 | 729.58 |
| 1/2/2019 | prep - show cause | 2.35 | $425.00 | $998.75 | 1 | 998.75 |
| 1/4/2019 | travel & mtg w/ mimel | 1.53 | $425.00 | $651.67 | 1 | 651.67 |
| 1/7/2019 | prep - show cause & conv kjf | 3.85 | $425.00 | $1,636.25 | 1 | 1636.25 |
| 1/8/2019 | travel & show cause hrg | 2.22 | $425.00 | $942.08 | 1 | 942.08 |
| 1/16/2019 | rvw mot to correct | 0.18 | $425.00 | $77.92 | 1 | 77.92 |
| 1/17/2019 | response - mot to correct | 2.45 | $425.00 | $1,041.25 | 1 | 1041.25 |
| 1/22/2019 | rvw med defs docs | 0.62 | $425.00 | $262.08 | 1 | 262.08 |
| | **Amount Due** | **34.79** | | **14,782.91** | | 9103.25 |