IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PHILLIP LITTLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:16-cv-00472-JMS-DLP |
| CHRISTOPHER MARTINEZ, *et al.*, | ) ) ) |
| Defendants. | ) |

### ORDER DISMISSING CLAIMS AGAINST
### PAMELA HAGEMEIER AND CORIZON, LLC

Plaintiff Phillip Littler and Defendants Pamela Hagemeier and Corizon, LLC having filed their Joint Motion to Dismiss Claims Against Pamela Hagemeier and Corizon, LLC ("Motion"), and the Court having read and reviewed the same and being duly advised, the Court now finds that said Motion, dkt. [255], should be GRANTED.

**IT IS THEREFORE ORDERED** that the plaintiff's claims against Nurse Hagemeier and Corizon, LLC are hereby dismissed, with prejudice and with each party to bear its own costs except as otherwise agreed.

**IT IS FURTHER ORDERED** that this order does not affect the plaintiff's claims against any other defendant, which remain pending.

**SO ORDERED.**

Date: 3/21/2019

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF

Phillip Littler, #121098
Wabash Valley Correctional Facility
Electronic Service Participant - Court Only