UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PHILLIP LITTLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:16-cv-00472-JMS-DLP |
| ) | |
| CHRISTOPER MARTINEZ, et al. ) | |
| ) | |
| Defendants. ) | |

**Entry Directing Filing of Excerpts of Richard Yarber's Deposition Transcripts**

Due to concerns over the veracity of Defendant Richard Yarber's declaration, *see* Filing No. 88-5, the plaintiff is **ordered** to file the excerpts from Richard Yarber's deposition transcripts that are relevant to the accuracy of his declaration and/or relate to his knowledge of the cell extraction (including the use of chemical spray and the pepperball gun). The plaintiff shall do so as soon as practicable, but no later than **April 8, 2019**. If Richard Yarber has not yet been deposed, the plaintiff shall inform the Court if and when his deposition will occur.

**IT IS SO ORDERED.**

Date: 3/26/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

PHILLIP LITTLER
121098
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

Jeb Adam Crandall
BLEEKE DILLON CRANDALL ATTORNEYS
jeb@bleekedilloncrandall.com

Carol A. Dillon
BLEEKE DILLON CRANDALL, P.C.
carol@bleekedilloncrandall.com

Jill Esenwein
INDIANA ATTORNEY GENERAL
jill.esenwein@atg.in.gov

Christopher Andrew Farrington
BLEEKE DILLON CRANDALL ATTORNEYS
drew@bleekedilloncrandall.com

Amanda Elizabeth Fiorini
INDIANA ATTORNEY GENERAL
Amanda.Fiorini@atg.in.gov

Jonathan Paul Nagy
INDIANA ATTORNEY GENERAL
jonathan.nagy@atg.in.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org